| 1. Person Reporting (last name, first, middle initial) Stearns, Richard G. | 2. Court or Organization District Court of Massachusetts | 3. Date of Report 04/12/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

One Courthouse Way
Suite 7130
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Massachusetts Prosecutor's GUide |
| 2. | Trustee (non-compensated) | Vincent Memorial Hospital (Massschusetts General Hospital) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Massachusetts Prosecutor's Guide (Book Royalties) | $2,752.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPLA-CLE | March 25-26, 2011 | New York, NY | Patent Law Dinner | Travel, meals and lodging |
| 2. | American Conference Institute | April 14-15, 2011 | San Francisco, CA | ERISA Seminar lecture | Travel and lodging |
| 3. | United Macedonian Diaspora | June 24, 2011 | Washington, DC | Macedonian law lecture | Travel |
| 4. | Bulgarian Constitutional Court | July 28-29, 2011 | Sofia, Bulgaria | Constitutional Courts Conference | Meals and lodging |
| 5. | FREE | August 29 - September 1, 2011 | Bozeman, MT | Terrorism law lectures | Travel, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TECO Common | C | Dividend | K | T | | | | | |
| 2. Westar Common | B | Dividend | K | T | | | | | |
| 3. Bank of America Common | A | Dividend | K | T | | | | | |
| 4. Mass. Prosecutor's Guide | A | Dividend | L | T | | | | | |
| 5. Bank of America MMF | A | Interest | J | T | | | | | |
| 6. Bank of America MMF Savings | A | Interest | M | T | | | | | |
| 7. Citizens Bank Keogh 401K | C | Interest | M | T | | | | | |
| 8. State Street Bank 401K | B | Interest | M | T | | | | | |
| 9. Fidelity Growth & Income IRA | A | Dividend | M | T | | | | | |
| 10. Fidelity Equity Income II IRA | A | Dividend | N | T | | | | | |
| 11. Fidelity Utilities Fund IRA | A | Dividend | K | T | | | | | |
| 12. Bank of America IRA | B | Interest | M | T | | | | | |
| 13. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 14. Citizens Bank Checking | A | Interest | J | T | | | | | |
| 15. Fidelity Government Bond IRA | A | Dividend | J | T | | | | | |
| 16. Citizens Bank Savings | A | Interest | J | T | | | | | |
| 17. Bank of America Checking | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. Slovenian Ministry of Justice    November 17-18, 2011    Bled, Slovenia   Plea bargaining lectures    Travel, meals and lodging

Part VII. Line 4. The Massachusetts Prosecutor's Guide portfolio is invested in Fidelity Asset Manager (L), Fidelity Equity Income II (K), Fidelity Growth and Income (J), and Fidelity Spartan U.S. Treasury (J), all mutual funds.

Part VII. Line 7. This Citizens Bank Keogh is invested in certificates of deposit only.

Part VII. Line 8. This 401K Plan is invested in State Street Bank stock and money market instruments.

Part VII. Line 12. This IRA is invested in certificates of deposit only.

Part VII. Two items reported in 2010 are no longer relevant. Rhumbline, Inc., which never had any value, is to the best of my knowledge, defunct. The Morgan Stanley MMF dissolved with the sales (reported in 2010) of my last stocks held beneficially by Morgan Stanley

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard G. Stearns**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544